O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PLACIDO VALDEZ, | ) | Case No. CV 14-09748 DDP (Ex) |
|---|---|---|
| Plaintiff, | ) ) | **ORDER RE MOTION TO COMPEL ARBITRATION** |
| v. | ) ) | [Dkt. No. 8] |
| TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, a Delaware limited partnership dba ANTIMITE TERMITE AND PEST CONTROL, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    Presently before the Court is Defendant's Motion to Dismiss or in the Alternative to Stay Civil Action and Compel Arbitration. (Dkt. No. 8.)  Because procedural irregularities prevent the Court from fully considering Plaintiff's claims and Defendant's arguments, the Court adopts the following order vacating the Motion to Dismiss.

    Plaintiff is Defendant's former employee.  (Dkt. No. 1, Ex. A ("Complaint"), ¶ 6; Opp'n at 2:7.)  Defendant alleges that the two parties entered into a valid arbitration agreement with a choice of law clause selecting Tennessee law, although both the existence of

1  an agreement and the validity of the choice of law provision are in

2  dispute.  (Def.'s Mem. P.&.A and exhibits thereto; Opp'n at 2-3.)

3      Plaintiff filed a complaint in state court alleging that

4  Defendant has violated certain provisions of California labor law

5  by denying employees rest and meal breaks, failing to pay wages on

6  termination, and failing to provide and maintain accurate records.

7  Plaintiff sues under California's wage-and-hour statutes and,

8  additionally, sues under California's Unfair Competition Law.

9  (Compl. generally.)  Defendant removed to federal court on December

10  19, 2014.  (Dkt. No. 1.)

11      Plaintiff also alleges in his Opposition, and Defendant

12  agrees, that after the case was removed he filed a First Amended

13  Complaint in state court adding a claim on behalf of the state

14  pursuant to California's Private Attorneys General Act ("PAGA"),

15  Cal. Lab. Code § 2698 et seq.  (Opp'n at 2:8-10; Reply at 3 n.2.)

16  However, neither party has put the first amended complaint on the

17  record in this federal action, either by direct filing or as an

18  exhibit to a motion.

19      Plaintiff argues that his PAGA claims, at least, are not

20  subject to arbitration, because California law prevents it.  (Opp'n

21  at 4.)  Defendant argues that (1) Tennessee rather than California

22  law applies, and (2) as a matter of federal law, Plaintiff's PAGA

23  claims do not defeat or limit the arbitration agreement, and

24  therefore dismissal or an order compelling arbitration is

25  appropriate on this record.  (Reply at 3-5.)

26      The Court declines to resolve these complex questions on an

27  incomplete record.  To do so would be to render an advisory

28  opinion.  "[A] federal court has neither the power to render

1   advisory opinions nor to decide questions that cannot affect the
2   rights of litigants in the case before them.  Its judgments must
3   resolve a real and substantial controversy admitting of specific
4   relief through a decree of a conclusive character, as distinguished
5   from an opinion advising what the law would be upon a hypothetical
6   state of facts." Preiser v. Newkirk, 422 U.S. 395, 401 (1975).

7       The Court therefore orders Plaintiff to file the correct
8   operative complaint with this Court, either by stipulation or, if
9   the parties are unable to agree, by motion.  Any such stipulation
10  or motion for leave to file a first amended complaint shall be
11  filed no later than ten days after the date of this order.  Failure
12  to file either a stipulation or a motion for leave to file a first
13  amended complaint within ten days may be deemed a waiver of
14  Plaintiff's PAGA claim or claims.

15      Because ruling on the issues of law surrounding the PAGA claim
16  appears to be critical to the resolution of this motion to dismiss,
17  the Court finds that it cannot proceed with the motion until the
18  appropriate operative complaint is filed in this federal action.
19  The Motion to Dismiss is VACATED, but Defendant is free to bring
20  the same or a similar motion if Plaintiff either files a first
21  amended complaint or allows the ten day deadline to pass without
22  filing a stipulation or motion.

23      Nothing in this order acts as a decision on the merits of any
24  claim or defense in this case.

25  IT IS SO ORDERED.

26

27  Dated: February 19, 2015

28
                                    DEAN D. PREGERSON
                                    United States District Judge

3